# UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

|  |  |
|---|---|
| BANERTEK LLC, | |
| Plaintiff, | CIVIL ACTION NO. 2:16-cv-00840-JRG |
| v. | |
| ZOOSK, INC., | |
| Defendant. | |

## ORDER

CAME BEFORE THE COURT Plaintiff's Notice of Voluntary Dismissal of Defendant Zoosk, Inc. without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). In accordance with Rule 41(a)(1)(A)(i), the Court hereby ORDERS that Plaintiff's claims against Zoosk, Inc. are DISMISSED without prejudice.

**SIGNED this 10th day of August, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE